IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS, TENNESSEE

**PHREIDA LIGGINS**

  Plaintiff,

v.             Case No. 2:12-cv-02408-JFM

**FIRST TENNESSEE BANK**
**NATIONAL ASSOCIATION**

  Defendant.

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant, First Tennessee Bank National Association ("Defendant"), respectfully moves the Court to dismiss Plaintiff's Complaint with prejudice, pursuant to Rules 37(d) and 41(b) of the Federal Rules of Civil Procedure, for repeated failure to cooperate in discovery, as more fully explained in the attached Memorandum in Support.

            RESPECTFULLY SUBMITTED,

            */s/ Grace H. Skertich*
            Grace H. Skertich (BPR No. 028581)
            Carl K. Morrison (BPR No. 16824)
            OGLETREE, DEAKINS, NASH,
            SMOAK & STEWART, P.C.
            International Place, Tower II
            6410 Poplar Avenue, Suite 300
            Memphis, TN 38119
            (901) 767-6160
            (901) 767-7411 (Facsimile)
            grace.skertich@ogletreedeakins.com
            carl.morrison@ogletreedeakins.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have this 18th day of September, 2013, caused the foregoing to be filed using the court's CM/ECF system which will automatically send notice of such filing to the following attorney of record:

Venita Marie Martin
13 North Third Street
Memphis, Tennessee 38103
Martin.venita@gmail.com

                                            */s/ Grace H. Skertich*
                                            Grace H. Skertich

15625933.1