## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| PHREIDA LIGGINS | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-12-2408 |
| | * | |
| FIRST TENNESSEE BANK NATIONAL ASSOCIATION | * * | |

******

## **ORDER**

Upon consideration of defendant's motion to dismiss plaintiff's complaint, plaintiff not having responded to the motion, and it appearing that the motion is well-founded, it is, this 24th day of October 2013

ORDERED

1. Defendant's motion to dismiss plaintiff's complaint (document 29) is granted; and

2. This action is dismissed with prejudice.

                                                                      ___/s/_ J. Frederick Motz
                                                                        J. Frederick Motz
                                                                        United States District Judge